STEPHEN VINCINERE, an Infant, by IGNAZIO VINCINERE, His Guardian ad Litem, et al., Appellants, *v.* JAMES A. WARD, Respondent, Impleaded with Another.

Argued April 23, 1941; decided May 22, 1941.

*Alexander Del Giorno* and *Michael S. Meyerowitz* for appellants.

*William J. Magee* and *James E. Turner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.